IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD GLOVER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 06-1377** |
| | : | |
| **FRANKLIN J. TENNIS,** *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of February, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus and the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells, and after a thorough and independent review of the record, it is **ORDERED** that:

1) The Report and Recommendation of Magistrate Judge Wells is **APPROVED** and **ADOPTED**;

2) The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**; and,

3) There is no probable cause to issue a certificate of appealability.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.